IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD B. de CLUE                                                                                  PLAINTIFF

Vs.                              CASE NO.   4:07cv00954 JMM

ZALES OUTLET                                                                                      DEFENDANT

## ORDER

Defendant having been granted permission to proceed in forma pauperis, the Clerk is directed to issue summons to Defendant Zales Corporation.

The United States Marshal is directed to serve the summons along with the Complaint and Amended Complaint (docket entries #2 and #6) on Defendant without prepayment of fees and costs.

IT IS SO ORDERED this 16th day of April, 2008.

_____
UNITED STATES DISTRICT COURT