IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONALD deCLUE**   PLAINTIFF

VS.   CASE NO. 4:07 CV 00954 BSM

**ZALES OUTLET**   DEFENDANT
[*sic*-ZALE DELAWARE, INC.]

### ORDER

Upon joint motion of the parties, this matter is dismissed, with prejudice, in its entirety.

Each party shall bear its own costs, fees, and expenses.

IT IS SO ORDERED this 24th day of October, 2008.

_____
Honorable Judge Brian S. Miller

APPROVED AND AGREED:

_____
Ronald deClue
Pro Se Plaintiff

_____
David P. Martin
Danna J. Young
Attorneys for Defendant

191521_1